**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CR. NO. 4:15-MJ-00091-1** |
| | § | |
| **FIDEL GARCIA GARZA** | § | |

## MOTION TO DISMISS COMPLAINT

The United States of America, by and through Kenneth Magidson, United

States Attorney, and Julie N. Searle, Assistant United States Attorney, for the

Southern District of Texas, requests that the Court dismiss without prejudice the

Criminal Complaint filed against the defendant, FIDEL GARCIA GARZA.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By:   /s/ Julie N. Searle
Julie N. Searle
Assistant United States Attorney
713-567-9000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CR. NO. 4:15-MJ-00091-1** |
| | § | |
| **FIDEL GARCIA GARZA** | § | |

## O R D E R

The Government's Motion to Dismiss the Complaint without prejudice is

GRANTED.


SIGNED at _____, Texas, on_____.


_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Government's

Motion to Dismiss and Order has been filed electronically through the Court's ECF

system on this 13th day of February 2015.


 */s/ Julie N. Searle*
Julie N. Searle
Assistant United States Attorney