IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CR. NO. 4:15-MJ-00091-1 |
| FIDEL GARCIA GARZA | § | |

## O R D E R

The Government's Motion to Dismiss the Complaint without prejudice is GRANTED.

SIGNED at Houston ~~[struck]~~, Texas, on 2/13/15.

_____
United States District Judge